```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                 :
PRISCILLA CRUZ,                             :
                                                 :
                                                 :
                                 Plaintiff,    :
                                                 :                1:25-cv-19-GHW
                 -against-     :
                                                 :                  ORDER
EQUIFAX INC.,                              :
                                                 :
                                 Defendant.  :
                                                 :
------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

       This action was removed from the Bronx Supreme Court, County of Bronx, on January 2, 2025. Dkt. No. 1. Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than January 16, 2025. Additionally, counsel for Plaintiff is directed to promptly file a notice of appearance in this case. Counsel for Defendant is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

       SO ORDERED.

Dated: January 6, 2025
       New York, New York

                                                              _____
                                                                 GREGORY H. WOODS
                                                           United States District Judge